Printed: 06/14/10 09:11 AM
Page: 1

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Case: 09-50748 - MCCUMSEY, LANE E

| Account No. | Check No. | Issued | Claim No. | Filed | Payee | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9200026623766 | 10112 | 06/14/10 | 5 | 03/17/10 | U.S. Bankruptcy Court | 610 | MILLE LACS HEALTH SYSTEM | 129.40 | 129.40 | 4.88 | $4.88 |

Check Amount: 4.88

RECEIVED
2010 JUN 16 AM 9:16
U.S. BANKRUPTCY COURT
DULUTH, MN

(*) Denotes objection to Amount Filed